UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAKE M. REINHARDT,
TAYLOR M. SCHMIEDER,
KEVIN R. HARRINGTON,
CASEY E. CARMINATI,
KRYSTYNA KIMBRELL,

                              Plaintiffs,                  Case No.  21-cv-00206

 v.

THE CITY OF BUFFALO,
BYRON LOCKWOOD,
JOHN DOE No. 1,
JOHN DOE No. 2,
JOHN DOE No. 3,
JOHN DOE No. 4,
JOHN DOE No. 5,
JOHN DOE No. 6,
JOHN DOE No. 7,
BAIL SHOP, LLC
AGENT D. WHITE,
JOHN DOE No. 8,
FINANCIAL CASUALTY & SURETY, INC.
CORPORATION X,

                              Defendants.

---

## NOTICE OF APPEARANCE

Please take notice that David Short hereby appears on behalf of defendant Financial Casualty & Surety, Inc., and demands service upon him of a copy of all subsequent written communications, pleadings, notices, or other papers.

Dated:  April 8, 2021

                                                  **HODGSON RUSS LLP**
                                                  *Attorneys for Financial Casualty & Surety, Inc.*

                                                  By:   s/David A. Short 
                                                         David A. Short, Esq.
                                                  The Guaranty Building
                                                 140 Pearl Street, Suite 100
                                                 Buffalo, New York 14202-4040
                                                 Telephone: (716) 856-4000
                                                 *dshort@hodgsonruss.com*