AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

Western District of New York

| | |
|---|---|
| Reinhardt | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   21-206 |
| Bail Shop, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bail Shop, LLC

_____ .

Date:     February 24, 2021
_____

_____
*Attorney's signature*

Kevin M. Habberfield, Esq.
_____
*Printed name and bar number*
129 N. Union Street - Second Floor
PO BOX 648
Olean, New York 14760

_____
*Address*

kevin@blhfirm.com
_____
*E-mail address*

716-373-1920
_____
*Telephone number*

716-373-3110
_____
*FAX number*