UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Jake M. Reinhardt et. Al.,

    Plaintiffs,

-against-

City of Buffalo, et. al.,

    Defendants.

Civil Action No. 1:21-cv-00206-GWC

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

PLEASE TAKE NOTICE that upon the annexed affidavit of movant and the Certificate of Good Standing annexed thereto, I, Kevin M. Habberfield, will move this Court for an order allowing the admission of movant, a member in good standing of the bar of the State of Pennsylvania, as attorney *pro hac vice* as counsel for Bail Shop, LLC. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 15, 2021

BLACK, LYLE & HABBERFIELD, LLP

BY:_____
Kevin M. Habberfield, Esq.
Attorneys for Defendant Bail Shop, LLC
129 North Union Street, 2nd Floor
P.O. Box 648
Olean, New York 14760
Telephone: (716) 373-1920
kevin@blhfirm.com