

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400   www.ruppbaase.com

**CHAD A. DAVENPORT**
davenport@ruppbaase.com

June 11, 2021

*Via CM/ECF*

Hon. Geoffrey W. Crawford
U.S. District Court
11 Elmwood Avenue
Burlington, VT 05401

Dear Judge Crawford:

      Re:    Reinhardt, et al. v. City of Buffalo, New York, et al.
              Index No.:    21-CV-206
              Our File No.:  5662.28619

      Please accept this submission as a brief status update in accordance with the stipulation filed and entered with the Court on May 26, 2021 (Dkt. 29). Plaintiffs and Defendant Financial Casualty & Surety, Inc. are continuing to work towards resolving this matter, and request that the extension remain in effect another week until June 18, 2021. Due to a family medical emergency for the plaintiffs' attorneys, the parties were unable to meet for a conference to discuss a settled resolution as originally planned. We have scheduled a conference call with the attorneys for both parties next Tuesday (6/15), and we will update the Court by no later than June 18, 2021.

                                            Respectfully submitted,

                                            *s/Chad A. Davenport*

                                            Chad A. Davenport