|  |  |  |
|---|---|---|
| JAKE REINHARDT, et al. | : | **ORDER** |
|  | : |  |
| Plaintiffs, | : |  |
|  | : |  |
| v. | : | Civil Action No.   21-CV-00206 |
|  | : |  |
| THE CITY OF BUFFALO, et al. | : |  |
|  | : | **JURY TRIAL DEMANDED** |
| Defendants. | : |  |

AND NOW, this _____ day of _____, 2021, upon consideration of Co-Defendants, Bail Shop, LLC and Mikhaeil's Motion to Strike, and any response thereto, it is hereby ORDERED and DECREED that Defendants' Motion to Strike is GRANTED, and Plaintiffs' Motion for Default Judgment is hereby STRICKEN.

**AND IT IS SO ORDERED.**

_____

J.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAKE REINHARDT, et al. | : | **NOTICE OF MOTION** |
| | : | **TO STRIKE** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No.   21-CV-00206 |
| THE CITY OF BUFFALO, et al. | : | |
| | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

MOTION MADE BY:            Co-Defendants, Bail Shop, LLC and Mikhaeil

DATE, TIME AND             On a date to be set by the Court at the United
PLACE OF HEARING           States District Court for the Western District of
                           New York.

RELIEF SOUGHT:             To strike Plaintiff's Motion for Default
                           Judgment

SUPPORTING PAPERS:         Accompanying Motion, and all the pleadings
                           and proceedings before had herein.

ANSWERING PAPERS:          Any answering papers must be served in
                           accordance with the Federal Rules of Civil
                           Procedure and any briefing schedule set by the
                           Court.  Movants requests the opportunity to
                           submit reply papers.

DATED:   November 10, 2021
         Buffalo, New York

                           **WEISBERG LAW**

                           */s/ Matthew B. Weisberg*
                           Matthew B. Weisberg, Esquire
                           (*Pro Hac Vice*)
                           7 South Morton Avenue
                           Morton, PA   19070
                           (610) 690-0801
                           (610) 690-0880 (fax)
                           mweisberg@weisberglawoffices.com


                           /s/*Kevin M. Habberfield*, Esquire

                                          Black Lyle & Habberfield, LLP
                                          129 North Union Street – 2nd Floor
                                          P.O. Box 648
                                          Olean, NY 14760
                                          Tel: 716-373-1920
                                          Fax: 716-370-3110
                                          E-Mail: kevin@blhfirm.com
                                          (*Local Counsel*)

To:    R. Anthony Rupp, III, Esquire
         Chad A. Davenport, Esquire
         Rupp, Baase, Pfalzgraf, Cunningham, LLC
         *Attorneys for Plaintiff*
         1600 Liberty Building
         424 Main Street
         Buffalo, NY   14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAKE REINHARDT, et al. | : **CO-DEFENDANTS BAIL SHOP, LLC** |
| | : **AND MIKHAEILS' MOTION TO** |
| Plaintiffs, | : **STRIKE PLAINTIFFS' MOTION FOR** |
| | : **DEFAULT JUDGMENT** |
| v. | : |
| | : Civil Action No.   21-CV-00206 |
| THE CITY OF BUFFALO, et al. | : |
| | : |
| Defendants. | : **JURY TRIAL DEMANDED** |

As this Honorable Court graciously granted Plaintiff Movants/Co-Defendants, Bail Shop, LLC and Mikhaeil enlargement of time to respond or otherwise plead to the Amended Complaint, and as the subject motion for default judgment was Clerk-noticed as premature (i.e., improperly preceding the request for default – denied), Movants' respectfully requests this Honorable Court strike Plaintiffs' Motion for Default Judgment.

WHEREFORE, Co-Defendants, Bail Shop, LLC and Mikhaeil respectfully request this Honorable Court strike Plaintiffs' Motion for Default Judgment.  (Doc. No. 52).

Dated: November 10, 2021
Buffalo, New York

                                  **WEISBERG LAW**

                                  */s/ Matthew B. Weisberg*
                                  Matthew B. Weisberg, Esquire
                                  (*Pro Hac Vice*)
                                  7 South Morton Avenue
                                  Morton, PA   19070
                                  (610) 690-0801
                                  (610) 690-0880 (fax)
                                  mweisberg@weisberglawoffices.com

**BLACK LYLE & HABBERFIELD, LLP**

/s/*Kevin M. Habberfield*, Esquire
129 North Union Street – 2nd Floor
P.O. Box 648
Olean, NY 14760
Tel: 716-373-1920
Fax: 716-370-3110
E-Mail: kevin@blhfirm.com
(*Local Counsel)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAKE REINHARDT, et al. | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| v. | Civil Action No.  21-CV-00206 |
| THE CITY OF BUFFALO, et al. | **JURY TRIAL DEMANDED** |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 10th day of November, 2021, a true and correct copy of the foregoing Motion to Strike Plaintiffs' Motion for Default Judgment was served via ECF, respectively, upon the following parties:

Chad A. Davenport, Esquire
R. Anthony Rupp, III, Esquire
Rupp Baase Pfalzgraf Cunningham LLC
1600 Liberty Building
424 Main Street
Buffalo, NY 14202

David M. Lee, Esquire
Corporation Counsel
The City of Buffalo
1100 City Hall
65 Niagara Square
Buffalo, NY 14202

Adam W. Perry, Esquire
David A. Short, Esquire
Hodgon Russ LLP
The Guaranty Building, Suite 100
140 Pearl Street
Buffalo, NY 14202-4040

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
Attorney for Co-Defendant