UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
====================================

JAKE M. REINHARDT, et al.,            **ANSWER TO CROSSCLAIM**

        Plaintiffs,

v.            Case No. 21-cv-206-GWC

THE CITY OF BUFFALO, et al.,

        Defendants.
====================================

Defendants, City of Buffalo, and Buffalo Police Officers Clayton Reed, Melissa Kurdziel, Jae S. Murphy, Spencer T. George, Roberto J. Torres, Colin Keenan and Devon Salter-Brown, in their Individual and Official Capacities (the City defendants), by their undersigned attorney, for their answer to the crossclaim by co-defendants Bail Shop, LLC and Adel Mikheail [67], deny the allegations in paragraphs 1 and 2 against the City defendants and request judgment dismissing the crossclaim, together with such other and further relief as the court may deem appropriate.

Dated:     Buffalo, New York
             August 1, 2022

                                            Cavette A. Chambers
                                            Corporation Counsel
                                            Attorney for City Defendants

                     By:    s/David M. Lee
                             Assistant Corporation Counsel
                             City of Buffalo Department of Law
                             65 Niagara Square
                             1104 City Hall
                             Buffalo, New York 14202
                             (716) 851-9691
                             dlee@city-buffalo.com