UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAKE M. REINHARDT, TAYLOR M. SCHMIEDER, KEVIN R. HARRINGTON, CASEY E. CARMINATI, and KRYSTYNA KIMBRELL,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF BUFFALO, CLAYTON REED, MELISSA KURDZIEL, JAE S. MURPHY, SPENCER T. GEORGE, ROBERTO J. TORRES, COLIN KEENAN, DEVON SALTER-BROWN, individually and in their capacities as City of Buffalo Police Officers, BAIL SHOP, LLC, ADEL MIKHEAIL, individually and in his capacity as a bail recovery agent for Bail Shop, LLC, BUFFALO BAIL BONDS AGENCY, INC., DENNIS WHITE, individually and in his capacity as a bail recovery agent for Buffalo Bail Bonds Agency, Inc., JOHN DOE, individually and in his capacity as a bail recovery agent for Buffalo Bail Bonds Agency, Inc.,<br><br>Defendants. | Case No. 1:21-cv-206 |

**ORDER ON PLAINTIFFS' MOTION TO COMPEL AND MOTION FOR EXTENSION**
**(Doc. 82)**

Following a motion hearing on October 11, 2022, the court orders as follows:

The plaintiffs' motion to compel and for an extension of time (Doc. 82) is GRANTED. Following the filing of the motion, the defendant Bail Shop, LLC has produced documents responsive to the plaintiffs' request. The court extends the time for depositions of the bail bond defendants to December 16, 2022.

The parties shall be deposed in the following order (unless otherwise agreed): Dennis White; Adel Mikheail; Bail Shop, LLC (Pennsylvania); Buffalo Bail Bonds Agency, Inc. (Buffalo). Unless otherwise agreed, the depositions shall be in person and conducted in Buffalo.

The time for plaintiff to respond to the pending motion for summary judgment filed by Buffalo Bail Bonds Agency, Inc. (Doc. 64 ) is extended to January 17, 2023. The time for a reply is extended to January 31, 2023.

Dated this 13th day of October, 2022.

Geoffrey W. Crawford, Judge
United States District Court