UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
====================================

| | |
|---|---|
| JAKE M. REINHARDT, et al., | **ANSWER TO CROSSCLAIM** |
| Plaintiffs, | |
| v. | Case No. 21-cv-206-GWC |
| THE CITY OF BUFFALO, et al., | |
| Defendants. | |

====================================

Defendants, City of Buffalo, and Buffalo Police Officers Clayton Reed, Melissa Kurdziel, Jae S. Murphy, Spencer T. George, Roberto J. Torres, Colin Keenan and Devon Salter-Brown, in their Individual and Official Capacities (the City defendants), by their undersigned attorney, for their answer to the crossclaim by co-defendants Bail Shop, LLC and Adel Mikheail [126], deny the allegations in paragraphs 1 and 2 against the City defendants and request judgment dismissing the crossclaim, together with such other and further relief as the court may deem appropriate.

Dated:   Buffalo, New York
         June 6, 2023

                                              Cavette A. Chambers
                                              Corporation Counsel
                                              Attorney for City Defendants

By:   s/David M. Lee
      Assistant Corporation Counsel
      City of Buffalo Department of Law
      65 Niagara Square
      1104 City Hall
      Buffalo, New York 14202
      (716) 851-9691
      dlee@city-buffalo.com