

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400 ◄ www.RuppPfalzgraf.com

CHAD A. DAVENPORT
Davenport@RuppPfalzgraf.com

June 9, 2025

Hon. Geoffrey W. Crawford
U.S. District Court
11 Elmwood Avenue
Burlington, VT 05401

Dear Judge Crawford:

      Re:    Reinhardt, et al. v. City of Buffalo, New York, et al.
               Index No.:    21-CV-206
               Our File No.:  5662.28619

      We write in response to the letter submitted by the City of Buffalo on May 16, 2025, in which the City Defendants request that the Court refrain from issuing a decision on the pending Motions for Summary Judgment until June 13, 2025, to allow the parties to engage in further settlement discussions.

      Since that time, the parties have engaged in additional settlement discussions. However, Plaintiffs do not believe that further negotiations would be fruitful at this time. Accordingly, Plaintiffs respectfully request that the Court proceed to issue a decision and order on the pending summary judgment motions.

      We appreciate the Court's time and attention to this matter.

               Respectfully submitted,

               *s/Chad A. Davenport*

               Chad A. Davenport, Esq.