**Query**   **Reports**   **Utilities**   **Help**   **Log Out**

**1:21-cv-00206-GWC** Reinhardt et al v. The City of Buffalo et al
Geoffrey W Crawford, presiding
**Date filed:** 02/04/2021
**Date of last filing:** 09/23/2025

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | Filed & Entered: 02/04/2021 | Complaint |
|  | Filed & Entered: 02/05/2021 | Case Assigned/Reassigned |
|  | Filed & Entered: 02/05/2021 | Automatic Referral to Mediation |
|  | Filed & Entered: 02/05/2021 | Notice of Availability of Magistrate Judge |
| 2 | Filed & Entered: 02/05/2021 | Summons Issued |
| 3 | Filed & Entered: 03/05/2021 | Summons Returned Executed |
| 4 | Filed & Entered: 03/15/2021<br>Terminated: 05/27/2021 | Motion to Dismiss for Failure to State a Claim |
| 5 | Filed & Entered: 03/29/2021 | Response in Opposition to Motion |
| 6 | Filed & Entered: 03/29/2021 | Summons Returned Executed |
| 7 | Filed & Entered: 04/05/2021 | Reply to Response to Motion |
| 8 | Filed & Entered: 04/08/2021 | Notice of Appearance |
| 9 | Filed & Entered: 04/08/2021 | Stipulation |
|  | Filed & Entered: 04/12/2021 | Remark |
| 10 | Filed & Entered: 04/15/2021 | Corporate Disclosure Statement |
| 11 | Filed & Entered: 04/15/2021<br>Terminated: 04/19/2021 | Motion to appear pro hac vice |
| 12 | Filed & Entered: 04/15/2021 | Reply/Response |
|  | Filed & Entered: 04/16/2021 | E-Filing Notification Wrong Event Used |
| 13 | Filed & Entered: 04/16/2021 | Continuation of Exhibits |
|  | Filed & Entered: 04/19/2021 | E-Filing Notification |

| | | | |
|---|---|---|---|
| 14 | Filed & Entered: | 04/19/2021 | Order on Motion for Pro Hac Vice |
| 15 | Filed & Entered: | 04/20/2021 | Notice of Appearance |
| 16 | Filed & Entered: Terminated: | 04/22/2021 07/06/2021 | Motion to Dismiss/Lack of Jurisdiction |
| 17 | Filed & Entered: Terminated: | 04/27/2021 03/22/2022 | Motion to Dismiss for Failure to State a Claim |
| 18 | Filed & Entered: | 04/30/2021 | Stipulation |
| 19 | Filed & Entered: | 04/30/2021 | Amended Document |
| 20 | Filed & Entered: | 04/30/2021 | Stipulation |
| 21 | Filed & Entered: | 04/30/2021 | Stipulation and Order |
| 22 | Filed & Entered: Terminated: | 05/04/2021 06/07/2021 | Motion for Disclosure |
| | Filed & Entered: | 05/05/2021 | E-Filing Notification |
| 23 | Filed & Entered: | 05/12/2021 | Stipulation and Order |
| 24 | Filed & Entered: | 05/12/2021 | Notice of Appearance |
| 25 | Filed & Entered: | 05/18/2021 | Memorandum in Opposition to Motion |
| 26 | Filed & Entered: | 05/18/2021 | Memorandum in Opposition to Motion |
| 27 | Filed & Entered: | 05/18/2021 | Stipulation |
| 28 | Filed & Entered: | 05/25/2021 | Reply/Response |
| 29 | Filed & Entered: | 05/26/2021 | Stipulation |
| 30 | Filed & Entered: | 05/27/2021 | Order on Motion to Dismiss for Failure to State a Claim |
| 31 | Filed & Entered: | 06/02/2021 | Response in Opposition to Motion |
| 32 | Filed & Entered: | 06/04/2021 | Status Report |
| 33 | Filed & Entered: | 06/07/2021 | Order on Motion for Disclosure |
| 34 | Filed & Entered: | 06/10/2021 | Answer to Complaint |
| 35 | Filed & Entered: | 06/11/2021 | Letter |
| 36 | Filed & Entered: | 06/18/2021 | Stipulation of Dismissal |
| 37 | Filed & Entered: | 06/28/2021 | Stipulation and Order |
| 38 | Filed & Entered: | 07/02/2021 | Stipulation of Dismissal |
| 39 | Filed & Entered: | 07/06/2021 | Order on Motion to Dismiss/Lack of Jurisdiction |
| 40 | Filed & Entered: | 07/28/2021 | Notice of Appearance |

| | | | |
|---|---|---|---|
| 41 | *Filed & Entered:* | 09/01/2021 | Amended Complaint |
| 42 | *Filed & Entered:* | 09/03/2021 | Stipulation |
| 43 | *Filed & Entered:* | 09/07/2021 | Summons Issued |
| 44 | *Filed & Entered:* | 09/08/2021 | Notice of Withdrawal of Attorney |
| 45 | *Filed & Entered:* | 09/09/2021 | Summons Returned Executed |
| 46 | *Filed & Entered:* | 09/13/2021 | Summons Returned Executed |
| 47 | *Filed & Entered:* | 09/15/2021 | Stipulation |
| 48 | *Filed & Entered:* | 09/17/2021 | Summons Returned Executed |
| 49 | *Filed:* *Entered:* *Terminated:* | 09/28/2021 09/29/2021 10/21/2021 | Motion for Extension of Time to File Answer |
| 50 | *Filed & Entered:* | 10/21/2021 | Order on Motion for Extension of Time to Answer |
| 51 | *Filed & Entered:* *Terminated:* | 11/03/2021 11/05/2021 | Motion for Extension of Time to File |
| 52 | *Filed & Entered:* *Terminated:* | 11/04/2021 06/14/2022 | Motion for Default Judgment |
| | *Filed & Entered:* | 11/05/2021 | E-Filing Notification |
| 53 | *Filed & Entered:* | 11/05/2021 | Request for Clerk's Entry of Default |
| 54 | *Filed & Entered:* | 11/05/2021 | Order on Motion for Extension of Time to File |
| | *Filed & Entered:* | 11/08/2021 | Request for Clerk's Entry of Default Denied |
| 55 | *Filed & Entered:* | 11/08/2021 | Answer to Amended Complaint |
| 56 | *Filed & Entered:* *Terminated:* | 11/10/2021 06/14/2022 | Motion to Strike |
| 57 | *Filed & Entered:* *Terminated:* | 11/17/2021 07/05/2022 | Motion to Dismiss for Failure to State a Claim |
| 58 | *Filed & Entered:* | 12/02/2021 | Response in Opposition to Motion |
| 59 | *Filed & Entered:* | 12/02/2021 | Notice of Appearance |
| 60 | *Filed & Entered:* | 12/09/2021 | Reply to Response to Motion |
| 61 | *Filed & Entered:* *Terminated:* | 12/27/2021 06/14/2022 | Motion for Extension of Time to File Answer |
| 62 | *Filed & Entered:* | 03/22/2022 | Order on Motion to Dismiss for Failure to State a Claim |
| 63 | *Filed & Entered:* | 06/14/2022 | Order on Motion for Default Judgment |

| | | | |
|---|---|---|---|
| 64 | Filed & Entered: | 07/01/2022 | Motion for Summary Judgment |
| | Terminated: | 08/21/2025 | |
| 65 | Filed & Entered: | 07/05/2022 | Order on Motion to Dismiss for Failure to State a Claim |
| | Filed & Entered: | 07/11/2022 | Set/Reset Hearings |
| 66 | Filed & Entered: | 07/11/2022 | Notice of Appearance |
| 67 | Filed & Entered: | 07/14/2022 | Amended Answer to Complaint |
| 68 | Filed & Entered: | 07/18/2022 | Discovery Hearing |
| 69 | Filed & Entered: | 07/18/2022 | Scheduling Order |
| 70 | Filed & Entered: | 07/27/2022 | Letter |
| 71 | Filed & Entered: | 07/27/2022 | Scheduling Order |
| 72 | Filed & Entered: | 07/28/2022 | Stipulation |
| 73 | Filed & Entered: | 07/28/2022 | Order |
| | Filed & Entered: | 07/29/2022 | Case Referred to Magistrate Judge |
| 74 | Filed & Entered: | 08/01/2022 | Notice (Other) |
| | Filed & Entered: | 08/02/2022 | E-Filing Notification Wrong Event Used |
| 75 | Filed & Entered: | 08/02/2022 | Answer to Crossclaim |
| 76 | Filed & Entered: | 08/02/2022 | Order of Recusal |
| 77 | Filed & Entered: | 08/03/2022 | Order |
| | Filed & Entered: | 08/04/2022 | Case Referred to Magistrate Judge |
| 78 | Filed & Entered: | 08/04/2022 | Text Order |
| 79 | Filed & Entered: | 08/10/2022 | Scheduling Conference |
| 80 | Filed & Entered: | 08/10/2022 | Text Order |
| 81 | Filed & Entered: | 08/29/2022 | Acknowledgment of Service |
| | Filed & Entered: | 09/28/2022 | E-Filing Notification |
| 82 | Filed & Entered: | 09/28/2022 | Motion to Compel |
| | Terminated: | 10/14/2022 | |
| 83 | Filed & Entered: | 09/28/2022 | Notice of Appearance |
| 84 | Filed & Entered: | 10/05/2022 | Motion to Adjourn |
| | Terminated: | 10/05/2022 | |
| 85 | Filed & Entered: | 10/05/2022 | Order on Motion to Adjourn |
| | Filed & Entered: | 10/11/2022 | Set/Reset Hearings |

| | | | |
|---|---|---|---|
| 86 | *Filed & Entered:* | 10/11/2022 | Motion Hearing |
| [87](#) | *Filed & Entered:* | 10/14/2022 | Order on Motion to Compel |
| [88](#) | *Filed & Entered:* | 10/17/2022 | Notice of Withdrawal of Attorney |
| [89](#) | *Filed & Entered:* | 10/17/2022 | Notice of Withdrawal of Attorney |
| [90](#) | *Filed & Entered:* | 10/17/2022 | Notice of Withdrawal of Attorney |
| [91](#) | *Filed & Entered:* | 11/21/2022 | Letter |
| | *Filed & Entered:* | 11/22/2022 | E-Filing Notification |
| [92](#) | *Filed & Entered:* *Terminated:* | 11/23/2022 02/28/2023 | Motion to Compel |
| | *Filed & Entered:* | 11/28/2022 | E-Filing Notification |
| [93](#) | *Filed & Entered:* | 12/07/2022 | Declaration |
| [94](#) | *Filed & Entered:* | 12/14/2022 | Reply/Response |
| [95](#) | *Filed & Entered:* *Terminated:* | 12/30/2022 07/17/2023 | Motion to Compel |
| [96](#) | *Filed & Entered:* *Terminated:* | 01/03/2023 01/03/2023 | Motion to Adjourn |
| [97](#) | *Filed & Entered:* *Terminated:* | 01/03/2023 01/06/2023 | Motion to appear pro hac vice |
| 98 | *Filed & Entered:* | 01/03/2023 | Order on Motion to Adjourn |
| [99](#) | *Filed & Entered:* | 01/06/2023 | Order on Motion for Pro Hac Vice |
| 100 | *Filed & Entered:* | 01/09/2023 | Text Order |
| 101 | *Filed & Entered:* | 01/11/2023 | Status Conference |
| 102 | *Filed & Entered:* | 01/11/2023 | Text Order |
| [103](#) | *Filed & Entered:* | 01/16/2023 | Letter |
| [104](#) | *Filed & Entered:* | 01/17/2023 | Letter |
| [105](#) | *Filed & Entered:* | 01/17/2023 | Notice of Appearance |
| [106](#) | *Filed & Entered:* | 01/19/2023 | Acknowledgment of Service |
| [107](#) | *Filed & Entered:* | 02/24/2023 | Status Report |
| [108](#) | *Filed & Entered:* | 02/28/2023 | Order |
| 109 | *Filed & Entered:* | 03/07/2023 | Scheduling Conference |
| 110 | *Filed & Entered:* | 03/07/2023 | Text Order |

| | | | |
|---|---|---|---|
| 111 | *Filed & Entered:* | 03/09/2023 | Amended Complaint |
| 112 | *Filed & Entered:* | 03/10/2023 | Summons Issued |
| 113 | *Filed & Entered:* | 03/17/2023 | Stipulation |
| 114 | *Filed & Entered:* | 03/21/2023 | Summons Returned Executed |
| 115 | *Filed & Entered:* | 03/21/2023 | Acknowledgment of Service |
| | *Filed & Entered:* | 03/22/2023 | E-Filing Notification Wrong Event Used |
| 116 | *Filed & Entered:* | 03/27/2023 | Acknowledgment of Service |
| 117 | *Filed & Entered:* *Terminated:* | 04/07/2023 04/10/2023 | Motion to Adjourn |
| | *Filed & Entered:* | 04/10/2023 | E-Filing Notification |
| 118 | *Filed & Entered:* | 04/10/2023 | Order on Motion to Adjourn |
| 119 | *Filed & Entered:* | 05/03/2023 | Answer to Amended Complaint |
| 120 | *Filed & Entered:* | 05/11/2023 | Text Order |
| 121 | *Filed & Entered:* | 05/11/2023 | Status Conference |
| 122 | *Filed & Entered:* | 05/16/2023 | Status Report |
| 123 | *Filed & Entered:* | 05/16/2023 | Order |
| 124 | *Filed & Entered:* | 05/16/2023 | Answer to Amended Complaint |
| 125 | *Filed & Entered:* | 05/16/2023 | Text Order |
| 126 | *Filed:* *Entered:* | 05/16/2023 05/17/2023 | Crossclaim |
| 127 | *Filed & Entered:* | 05/18/2023 | Acknowledgment of Service |
| 128 | *Filed & Entered:* | 05/18/2023 | Acknowledgment of Service |
| 129 | *Filed & Entered:* | 05/19/2023 | Scheduling Conference |
| 130 | *Filed & Entered:* | 05/19/2023 | Text Order |
| 131 | *Filed & Entered:* | 05/25/2023 | Letter |
| 132 | *Filed & Entered:* *Terminated:* | 06/02/2023 06/29/2023 | Motion for Extension of Time to Complete Discovery |
| 133 | *Filed & Entered:* | 06/02/2023 | Text Order |
| 134 | *Filed & Entered:* | 06/06/2023 | Answer to Crossclaim |
| 135 | *Filed & Entered:* | 06/07/2023 | Answer to Crossclaim |
| 136 | *Filed & Entered:* | 06/07/2023 | Reply/Response |

| | | | |
|---|---|---|---|
| 137 | *Filed & Entered:* 06/09/2023<br>*Terminated:* 09/07/2023 | | Motion for Entry of Default |
| | *Filed & Entered:* 06/12/2023 | | E-Filing Notification Wrong Event Used |
| 138 | *Filed & Entered:* 06/12/2023 | | Clerk's Entry of Default |
| 139 | *Filed & Entered:* 06/12/2023 | | Response in Opposition to Motion |
| 140 | *Filed & Entered:* 06/13/2023 | | Reply to Response to Motion |
| 141 | *Filed & Entered:* 06/21/2023 | | Answer to Crossclaim |
| 142 | *Filed & Entered:* 06/22/2023 | | Letter |
| | *Filed & Entered:* 06/23/2023 | | E-Filing Notification |
| 143 | *Filed & Entered:* 06/29/2023 | | Text Order |
| 144 | *Filed & Entered:* 06/29/2023 | | Order on Motion for Extension of Time to Complete Discovery |
| 145 | *Filed & Entered:* 07/10/2023 | | Settlement Conference |
| 146 | *Filed & Entered:* 07/10/2023 | | Text Order |
| 147 | *Filed & Entered:* 07/12/2023 | | Order |
| 148 | *Filed & Entered:* 07/17/2023 | | Status Conference |
| 149 | *Filed & Entered:* 07/17/2023 | | Order on Motion to Compel |
| 150 | *Filed & Entered:* 07/17/2023 | | Scheduling Order |
| 151 | *Filed & Entered:* 07/17/2023<br>*Terminated:* 08/08/2023 | | Motion to Compel |
| 152 | *Filed & Entered:* 07/19/2023 | | Amended Document |
| 153 | *Filed & Entered:* 07/19/2023<br>*Terminated:* 09/06/2023 | | Motion to Compel |
| | *Filed & Entered:* 07/20/2023 | | E-Filing Notification Wrong Event Used |
| 154 | *Filed & Entered:* 07/20/2023 | | Text Order |
| 155 | *Filed & Entered:* 07/24/2023 | | Affidavit of Service |
| 156 | *Filed & Entered:* 07/24/2023 | | Affidavit of Service |
| 157 | *Filed & Entered:* 07/25/2023 | | Affidavit of Service |
| 158 | *Filed & Entered:* 07/28/2023 | | Amended Document |
| 159 | *Filed & Entered:* 08/02/2023 | | Mail Returned |
| 160 | *Filed & Entered:* 08/08/2023 | | Letter |
| 161 | *Filed & Entered:* 08/08/2023 | | Order on Motion to Compel |

| | | | |
|---|---|---|---|
| | *Filed & Entered:* | 08/09/2023 | Remark |
| 162 | *Filed & Entered:* | 08/10/2023 | Memorandum in Support |
| 163 | *Filed & Entered:* | 09/07/2023 | Declaration |
| 164 | *Filed & Entered:* | 09/30/2023 | Reply/Response |
| 165 | *Filed & Entered:* *Terminated:* | 10/04/2023 08/21/2025 | Motion to Strike |
| 166 | *Filed & Entered:* | 10/18/2023 | Affidavit in Opposition to Motion |
| 167 | *Filed & Entered:* *Terminated:* | 12/15/2023 12/18/2023 | Motion for Extension of Time to Complete Discovery |
| 168 | *Filed & Entered:* | 12/18/2023 | Order on Motion for Extension of Time to Complete Discovery |
| 169 | *Filed & Entered:* *Terminated:* | 05/07/2024 05/07/2024 | Motion to Amend/Correct |
| 170 | *Filed & Entered:* *Terminated:* | 05/07/2024 05/07/2024 | Motion to Amend/Correct |
| 171 | *Filed & Entered:* | 05/07/2024 | Order on Motion to Amend/Correct |
| 172 | *Filed & Entered:* *Terminated:* | 06/14/2024 03/28/2025 | Motion for Leave to File Excess Pages |
| 173 | *Filed & Entered:* *Terminated:* | 06/26/2024 08/21/2025 | Motion for Partial Summary Judgment |
| 174 | *Filed & Entered:* *Terminated:* | 06/28/2024 08/21/2025 | Motion for Summary Judgment |
| 175 | *Filed & Entered:* *Terminated:* | 07/02/2024 07/03/2024 | Motion for Extension of Time to File Response/Reply |
| 183 | *Filed & Entered:* | 07/02/2024 | Notice of Manual Filing |
| | *Filed & Entered:* | 07/03/2024 | E-Filing Notification Letter |
| 176 | *Filed & Entered:* *Terminated:* | 07/03/2024 07/17/2024 | Motion for Extension of Time to File Response/Reply |
| 177 | *Filed:* *Entered:* | 07/08/2024 07/10/2024 | Exhibit |
| 178 | *Filed & Entered:* | 07/17/2024 | Order on Motion for Extension of Time to File Response/Reply |
| 179 | *Filed & Entered:* *Terminated:* | 08/14/2024 01/22/2025 | Motion to Withdraw as Attorney |
| | *Filed & Entered:* | 08/15/2024 | E-Filing Notification |

| | | | |
|---|---|---|---|
| 180 | Filed & Entered: | 08/16/2024 | Response in Opposition to Motion |
| 181 | Filed & Entered: | 08/23/2024 | Response in Opposition to Motion |
| 182 | Filed & Entered: | 08/23/2024 | Response to Motion |
| | Filed & Entered: | 08/28/2024 | E-Filing Notification |
| 184 | Filed & Entered:<br>Terminated: | 09/08/2024<br>09/09/2024 | Motion for Leave to File Excess Pages |
| 185 | Filed & Entered: | 09/09/2024 | Order on Motion for Leave to File Excess Pages |
| 186 | Filed & Entered: | 09/13/2024 | Reply to Response to Motion |
| 187 | Filed & Entered: | 09/13/2024 | Reply/Response |
| 188 | Filed & Entered: | 01/22/2025 | Order on Motion to Withdraw as Attorney |
| 189 | Filed:<br>Entered: | 02/21/2025<br>02/24/2025 | Notice of Appearance |
| 190 | Filed & Entered: | 02/25/2025 | Letter |
| 191 | Filed & Entered: | 02/27/2025 | Letter |
| 192 | Filed & Entered: | 03/03/2025 | Letter |
| | Filed & Entered: | 03/13/2025 | Notice of Hearing on Motion |
| 193 | Filed & Entered:<br>Terminated: | 03/21/2025<br>04/04/2025 | Motion for Extension of Time to File |
| 194 | Filed & Entered: | 03/26/2025 | Response in Opposition to Motion |
| 195 | Filed & Entered: | 03/28/2025 | Order on Motion for Leave to File Excess Pages |
| | Filed & Entered: | 04/04/2025 | Remark |
| 196 | Filed & Entered: | 04/04/2025 | Order on Motion for Extension of Time to File |
| 197 | Filed & Entered:<br>Terminated: | 04/15/2025<br>04/15/2025 | Motion for Miscellaneous Relief |
| 198 | Filed & Entered: | 04/15/2025 | Response in Opposition to Motion |
| 199 | Filed & Entered: | 04/15/2025 | Order on Motion for Miscellaneous Relief |
| | Filed & Entered: | 04/16/2025 | Remark |
| 200 | Filed:<br>Entered: | 04/21/2025<br>04/22/2025 | Oral Argument |
| 201 | Filed & Entered: | 04/22/2025 | Letter |
| 202 | Filed & Entered: | 04/22/2025 | Notice of Appearance |
| | Filed & Entered: | 04/28/2025 | E-Filing Notification |

| 203 | Filed & Entered: 04/28/2025 | Reply/Response |
|---|---|---|
| 204 | Filed & Entered: 05/08/2025 | Memorandum/Brief |
| 205 | Filed & Entered: 05/16/2025 | Letter |
| 206 | Filed & Entered: 06/09/2025 | Letter |
|  | Filed & Entered: 08/01/2025 | E-Filing Notification |
|  | Filed & Entered: 08/07/2025 | E-Filing Notification |
| 207 | Filed & Entered: 08/21/2025 | Order on Motion for Summary Judgment |
| 208 | Filed & Entered: 09/17/2025 | Text Order |
| 209 | Filed & Entered: 09/22/2025 | Notice of Withdrawal of Attorney |
| 210 | Filed & Entered: 09/22/2025 | Notice of Appeal |
|  | Filed & Entered: 09/23/2025 | Remark |
| 211 | Filed & Entered: 09/23/2025 | Terminate Hearings |

## PACER Service Center

### Transaction Receipt

10/06/2025 09:24:16

| PACER Login: | cb2114law | Client Code: | |
|---|---|---|---|
| Description: | History/Documents | Search Criteria: | 1:21-cv-00206-GWC |
| Billable Pages: | 6 | Cost: | 0.60 |