UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

REINHARDT ET AL,

               Plaintiffs,

        -v-

THE CITY OF BUFFALO ET AL,

               Defendants.
_____

**1:21-cv-00206**

**CLERK'S CERTIFICATE**

      I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

      **The following documents are not available electronically and are maintained in the Western District of New York.  Upon request, we will provide these documents to the USCA.**

        Docket No.
#183: EXHIBITS, Manually Filed, Exhibits D, E, F, L, M, N & O on USB Drive re 174 Motion for Summary Judgment
#177: EXHIBITS FF, QQQ, RRR, SSS, TTT, UUU, VVV, WWW and XXX audio and video recordings, MANUALLY FILED on Flash Drive re 173 Motion for Partial Summary Judgment by Casey E. Carminati, Kevin R. Harrington, Krystyna Kimbrell, Jake M. Reinhardt, Taylor M. Schmieder..

                                 MARY C. LOEWENGUTH
                                 Clerk of Court
                                 United States District Court

                                 By: s/ Tatiana                  
                                 Deputy Clerk

DATED:      October 7, 2025

             Buffalo, NY